FILED
JUL 1 4 2005
LAL
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON D. EVANS, <br><br> *Plaintiff,* <br><br> -vs- <br><br> COREY FLAGG, and <br> CITY OF CHICAGO, <br><br> *Defendants.* | ) <br> ) 05C 4083 <br> ) <br> ) No. 05 CV ____ JUDGE ANDERSEN <br> ) <br> ) (jury demand) <br> ) MAGISTRATE JUDGE MASON <br> ) |

## COMPLAINT

Plaintiff, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343.

2. Plaintiff Jason D. Evans is a resident of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendant Corey Flagg was at all times relevant acting under color of his authority as a Chicago police officer.

5. On or about October 21, 2004, defendant Flagg and other Chicago police officers unlawfully entered plaintiff's residence, conducted an intrusive and disruptive search, and fabricated evidence that was used to justify the arrest of plaintiff.

6. In the course of making the arrest, one of the Chicago police officers with defendant Flagg used excessive and unreasonable force, causing plaintiff to sustain personal injuries.

7. As the result of the above described wrongdoing, plaintiff remained in custody until February 22, 2005, when all charges against him were dismissed in a manner indicative of his innocence.

8. As the direct and proximate result of the above described acts, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and subjected to the Illinois torts of battery, false imprisonment and malicious prosecution, for which the City of Chicago is liable under the doctrine of respondeat superior.

9. Plaintiff hereby demands trial by jury.

Wherefore plaintiff requests that judgment be entered in his favor in the amount of one hundred and thousand dollars, and that the Court grant whatsoever other relief as may be appropriate.

/s/ Kenneth N. Flaxman

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430
(312) 427-3200
*attorney for plaintiff*